UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERATION OF CALIFORNIA RACING ASSOCIATIONS, INC., a California corporation, <br><br> Defendant. | NO. C17-972-TSZ <br><br> DEFAULT JUDGMENT |

**Summary of Default Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Federation of California Racing Associations, Inc. |
| Principal Judgment | $7,938.33 |
| Liquidated damages | $1,587.67 |
| Interest to Date of Judgment: | $914.96 |
| Attorneys Fees: | $807.70 |
| Costs: | $485.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | One and thirty-one hundredths of a percent (1.31%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for default judgment, docket no. 8, against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant having failed to

DEFAULT JUDGMENT - 1

timely answer or appear, and the Court having reviewed Plaintiff's motion and the affidavit of Russell J. Reid and the exhibits thereto, and the Declaration of Jeremy Schumacher and the exhibits thereto, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's motion, docket no. 8, is GRANTED, and Plaintiff is awarded default judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 495 and 150 with which the Defendant has valid collective bargaining agreements, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the audit period July 1, 2013 through June 30, 2016 and for the period July 1, 2012 through September 30, 2016: for contributions of $7,938.33, for liquidated damages of $1,587.67, for pre-judgment interest of $914.96, for attorneys' fees of $807.70, and for costs of $485.00; all for a total of $11,733.66, together with post-judgment interest at the rate set forth in 28 U.S.C. § 1961.

JUDGMENT ENTERED this 5th day of October, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff

DEFAULT JUDGMENT - 2